John D. ALDRIDGE, and Galen R. Miller, and Miller–Aldridge Chemicals, Inc., Plaintiffs–Respondents,

v.

Bernard BERIGAN, Defendant–Appellant.

No. WD 39802.

Missouri Court of Appeals, Western District.

Aug. 23, 1988.

Bradley P. Grill, Kansas City, for defendant-appellant.

Robert M. Modeer, Hoskins, King, McGannon & Hahn, Kansas City, for plaintiffs-respondents.

**32**

Before TURNAGE, P.J., and
SHANGLER and MANFORD, JJ.

ORDER

PER CURIAM.

Appeal from judgment for contribution. Judgment affirmed. Rule 84.16(b).